UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY THEODORE SCARLETT,<br><br>       Plaintiff,<br><br>   v.<br><br>PATRICK COUGHLIN; THE UNITED STATES,<br><br>       Defendants. | Case No. 5:22-cv-06992 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:22-cv-05436 BLF, *Sidney Theodore Scarlett v. Jeffrey Francis Rosen, et al.*

**IT IS SO ORDERED.**

Dated: December 5, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-06992 NC
SUA SPONTE JUDICIAL REFERRAL